# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CR 2:23-MJ-00583-DUTY | Date | February 7, 2023 |
| Title | United States v. Jose Luis Vasquez Lopez | | |

Present: The Honorable  Margo A. Rocconi, United States Magistrate Judge

| Erica Bustos | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:** ORDER OF DETENTION

Defendant is alleged to have violated the terms of supervised release regarding a case arising from the Southern District of California. At the initial appearance following arrest on the violation petition, Defendant did not challenge the government's request for detention. Defendant is ordered DETAINED and held to answer the violation petition before the assigned district judge.

On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for forthwith transfer to the Southern District of California.